UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

In re:

OCP CORNER, LLC,

CASE NO. 6-07-bk-03162-KSJ

CHAPTER 11

Debtor.
_____/

INTERIM ORDER AUTHORIZING DEBTOR-IN-POSSESSION'S
USE OF CASH COLLATERAL ON A PRELIMINARY BASIS
AND NOTICE OF FINAL EVIDENTIAY HEARING

(Final Evidentiary Hearing scheduled for Wednesday, August 22, 2007 at 10:15 am)

**THIS CASE** came on for hearing on July 26, 2007 ("Hearing") on the emergency motion of OCP Corner, LLC ("OCP Corner" or the "Debtor"), for authority to use cash collateral and to provide adequate protection to Paula S. Bowers, Edward Meiner, Marianne Meiner, Sam Charles Meiner, and Meredith M. Nettles (collectively "Lexington Manner Partnership" or "LMP") (the "Motion"), filed on July 23, 2007 (Doc No. 3). The Hearing was scheduled as an emergency preliminary hearing on Debtor's request to use cash collateral, and notice of the Hearing was provided by telephonic notice, electronic transmission, facsimile, and/or United States first class mail to the secured creditors, the twenty largest unsecured creditors, and the United States Trustee. Pursuant to F.R.B.P. 4001, Debtor's use of cash collateral was considered only on a preliminary basis, subject to a final order on use of cash collateral.

Upon consideration of the Motion, the evidence presented by the Debtor in support of the Motion, the preliminary nature of this order, noting no objection to the Motion and the temporary use of cash collateral on the terms provided herein, it is hereby

**ORDERED:**

1. The Motion is granted on a preliminary basis to the extent provided herein.

2. The authority granted hereunder shall continue **until August 22, 2007 at 10:15 a.m., at which time the Court will hold a final evidentiary hearing** on use of cash collateral, at which the Court may authorize continued use of cash collateral.

3. The Debtor shall not use, sell, or expend, directly or indirectly, the "cash collateral" of LMP, as that term is defined in § 363(a) of the Bankruptcy Code, the ("Cash Collateral"), except upon the terms and conditions set forth in this Interim Order. The Debtor may use Cash Collateral solely to pay the expense items set forth on the budget attached hereto as **Exhibit A** (the "Budget"), subject to a 10% (by line items and in the aggregate) variance; provided, however, no amounts may be expended for prepetition debt without a prior order of the Court. Debtor may vary from the Budget only upon the prior written approval of LMP. Moreover, Debtor shall not use Cash Collateral to pay expenses of any affiliate of OCP Corner, including Orlando CityPlace, LLC or Orlando CityPlace II, LLC.

4. This order is entered without prejudice to any other rights of the Debtor and LMP, and any creditors committee appointed in this case.

5. LMP asserts a lien on the Cash Collateral. Accordingly, as adequate protection to LMP's rights and interests, LMP is hereby granted a replacement lien on all of the assets and property acquired by the Debtor's estate or by the Debtor (the "Post-Petition Collateral") on and

after the date on which the Debtor filed its voluntary petition (the "Petition Date"). The post-petition lien and security interest in the Post-Petition Collateral granted to LMP, pursuant to this Interim Order, shall be valid and perfected to the same extent, validity, and priority as its prepetition lien, effective as of the Petition Date, without the need for the execution or filing of any future document or instrument otherwise required to be executed or filed under applicable nonbankruptcy law.

6. Debtor shall provide LMP with receipts for all expenses paid in the Budget.

7. The Debtor's use of Cash Collateral, to the extent and on the terms and conditions set forth herein, is in the best interests of creditors and of the estate.

8. **A FINAL EVIDENTIAY HEARING ON USE OF CASH COLLATERAL IS SCHEDULED FOR WEDNESDAY, AUGUST 22, 2007 AT 10:15 A.M. BEFORE THE HONORABLE KAREN S. JENNEMANN IN COURTROOM B, U. S. BANKRUPTCY COURT, 135 W. CENTRAL BOULEVARD, ORLANDO, FLORIDA.**

**DONE AND ORDERED** on August 10, 2007.

*[signature: Karen S. J.]*

**KAREN S. JENNEMANN**
United States Bankruptcy Judge

Copies to:

Debtor: OCP Corner, LLC, c/o George Kalivretenos, Managing Member, Sun Holdings, 4700 Millenia Blvd., Ste. 340, Orlando, FL 32839;

Debtor's Counsel: R. Scott Shuker, Esq., Latham, Shuker, Eden & Beaudine, LLP, P. O. Box 3353, Orlando, Florida 32802-3353;

Sage Morris-Webster, Esq., Stump Webster Law, P.A., 719 Peachtree Road, Suite 200, Orlando, FL 32804;

Peter A. Siddiqui, Esq., Katten Muchin Rosenman, a/f SFT, LLP, 525 W. Monroe Street, Chicago, IL 60661-3693;

W. Glenn Jensen, Esq., Roetzel & Andress, LPA, a/f SFT, Capital Plaza II, 301 E. Pine Street, Suite 730, Orlando, FL 32801;

Andrew Brumby, Esq., Shutts & Bowen, a/f Stoehr, 300 S. Orange Avenue, Suite 1000 Orlando, FL 32801-3373;

VAF Sub_CDE III LLC, The Valued Advisor Fund LLC, Attn: Jeffrey Horein, Pres, 225 N Michigan Ave #1100, Chicago IL 60601_7683

Local Rule 1007-2 Parties-in-Interest List; and

Office of the U. S. Trustee, 135 W. Central Boulevard, Suite 620, Orlando, Florida 32801.

## MONTHLY BUDGET
## ORLANDO CITY PLACE CORNER, LLC

| | |
|---|---:|
| Maintenance | $ 2,000.00 |
| Lawn Service | 300.00 |
| Utilities | 325.00 |
| Sales Taxes | 408.91 |
| Bank analysis service charge | 18.88 |
| | $ 3,052.79 |

Sales Tax due on 7/20/07        658.77

Currently the coin operated wash machine is broken and needs to be replaced. Approx cost $1200.00.

**EXHIBIT "A"**

# OCP CORNER TENANTS
## 318 1/2 W. Colonial Dr.

## INCOME FROM RENTS

| Unit | | Monthly Rent |
|---|---|---|
| 1 | Dyer, Dan | $ 440.00 |
| 2 | Vacant | |
| 3 | Vacant | |
| 4 | Schroeder, Glen | $ 440.00 |
| 5 | Hooser, Sean | $ 440.00 |
| 6 | Gaston, Glori | $ 500.00 |
| 7 | Lyons, Joanne | $ 440.00 |
| 8 | Sanford, Brent | $ 500.00 |
| 9 | Grimes, Michael | $ 440.00 |
| 10 | Rosa, Efram | $ 500.00 |
| 11 | Vacant | |
| 12 | Close, Keith | $ 440.00 |
| 316 | Sign A Rama | $ 1,100.00 |
| 318 | Adam McGinnis | $ 1,100.00 |
| 320 | Secret Hair Lounge | $ 1,200.00 |
| 322 | Hit and Skin | $ 1,100.00 |
| | Totals | $ 8,640.00 |