# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**In re:**

**ORLANDO CITYPLACE, LLC, et al,**

**Debtors.**

_____/

**CASE NO.  6-07-bk-03159-KSJ**

**CHAPTER 11**

**Jointly-administered with Cases No.
6:07-bk-03161 and 6:07-bk-03162**

## FINAL ORDER AUTHORIZING
## ORLANDO CITYPLACE, LLC'S  USE OF CASH COLLATERAL

**THIS CASE** came on for continued hearing on December 20, 2007 ("Hearing") on the

emergency motion of Orlando CityPlace, LLC ("OCP" or the "Debtor"), for authority to use cash

collateral and to provide adequate protection to SFT I, Inc. ("SFT"), VAF Sub-CDE III, LLC

("CDE"), and Robert Stoehr ("Stoehr") (the "Motion"), filed on July 23, 2007 (Doc No. 3).  The

Hearing was scheduled as a final evidentiary hearing on Debtor's request to use cash collateral, and

notice of the Hearing was provided by electronic transmission and/or United States first class mail to

the secured creditors, the Local Rule 1007-2 parties-in-interest list, and the United States Trustee.

Upon consideration of the Motion, the evidence presented by the Debtor in support of the

Motion and noting no objection to the Motion and the use of cash collateral on the terms provided

herein, it is hereby

**ORDERED:**

1.      The Motion is granted.

2. The authority granted hereunder shall continue until the closing of the sale of the property which is scheduled for **Friday, December 28, 2007.**

3. The Debtor shall not use, sell, or expend, directly or indirectly, the "cash collateral" of SFT, CDE, or Stoehr, as that term is defined in § 363(a) of the Bankruptcy Code, the ("Cash Collateral"), except upon the terms and conditions set forth in this Final Order. The Debtor may use Cash Collateral solely to pay the expense items set forth on the budget attached hereto as **Exhibit A** (the "Budget"), subject to a 10% (by line items and in the aggregate) variance; provided, however, no amounts may be expended for prepetition debt without a prior order of the Court. OCP may vary from the Budget only upon the prior written approval of SFT.

4. This order is entered without prejudice to any other rights of the Debtor, SFT, CDE, Stoehr, and any creditors committee appointed in this case.

5. SFT, CDE, and Stoehr (collectively, the "Mortgage Lien Claimants") each assert a lien on the Cash Collateral. Accordingly, as adequate protection to the Mortgage Lien Claimants' rights and interests, the Mortgage Lien Claimants are each hereby granted a replacement lien on all of the assets and property acquired by the Debtor's estate or by the Debtor (the "Post-Petition Collateral") on and after the date on which the Debtor filed its voluntary petition (the "Petition Date"). The post-petition lien and security interest in the Post-Petition Collateral granted to SFT, CDE, and Stoehr (collectively "the Mortgage Lien Claimants"), pursuant to the Fourth Interim Order, entered December 6, 2007 (Doc No. 217), shall continue to be valid and perfected to the same extent, validity, and priority as their prepetition lien, effective as of the Petition Date, without the need for the execution or filing of any future document or instrument otherwise required to be executed or filed under applicable nonbankruptcy law.

6.      The Debtor's use of Cash Collateral, to the extent and on the terms and conditions set forth herein, is in the best interests of creditors and of the estate.

DONE AND ORDERED on January 7, 2008.

_____

**KAREN S. JENNEMANN**
United States Bankruptcy Judge

Copies furnished to:

Debtor:  Orlando CityPlace, LLC, c/o Barry Greer, 304 W. Colonial Drive, Orlando, FL 32801;

Debtor's Counsel:  R. Scott Shuker, Esq., Latham, Shuker, Eden & Beaudine, LLP, P. O. Box 3353, Orlando, Florida 32802-3353;

Peter A. Siddiqui, Esq., Katten Muchin Rosenman, a/f SFT, LLP, 525 W. Monroe Street, Chicago, IL 60661-3693;

W. Glenn Jensen, Esq., Roetzel & Andress, LPA, a/f SFT, P.O. Box 6507, Orlando, FL 32802-6507;

Andrew Brumby, Esq., Shutts & Bowen, a/f Stoehr, 300 S. Orange Avenue, Suite 1000 Orlando, FL  32801-3373;

VAF Sub-CDE III LLC, The Valued Advisor Fund LLC, Attn:  Jeffrey Horein, Pres., 225 N Michigan Avenue, #1100, Chicago IL 60601-7683;

John Hutton, Esq., 1221 Brickell Ave., Miami, FL  33131-3224;

Brad Saxton, Esq., 390 N. Orange Ave., Suite 1500, Orlando, FL  32801;

Office of the U. S. Trustee, 135 W. Central Boulevard, Suite 620, Orlando, Florida 32801; and

Local Rule 1007-2 Parties-in-Interest List.



THE LEXINGTON
AT ORLANDO CITYPLACE

## CASH FORECAST
### Dec-07

| CASH IN | Week Ending 12/2/2007 | Week Ending 12/9/2007 | Week Ending 12/16/2007 | Week Ending 12/23/2007 | Week Ending 12/30/2007 | Total Amount |
|---|---|---|---|---|---|---|
| Cash Deposits | $ 7,500.00 | $ 8,200.00 | $ 7,800.00 | $ 6,800.00 | $ 5,500.00 | $ 35,800.00 |
| Accounts Receivable | $ 14,500.00 | $ 20,200.00 | $ 18,500.00 | $ 15,987.00 | $ 17,800.00 | $ 86,987.00 |
| Credit Cards | $ 62,000.00 | $ 55,000.00 | $ 75,500.00 | $ 62,500.00 | $ 55,500.00 | $ 310,500.00 |
| Other | $ 500.00 | $ 500.00 | $ 350.00 | $ 700.00 | $ 500.00 | $ 2,550.00 |
| | $ 84,500.00 | $ 83,900.00 | $ 102,150.00 | $ 85,987.00 | $ 79,300.00 | $ 435,837.00 |

| CASH OUT | | | | | | |
|---|---|---|---|---|---|---|
| Weekly Payroll | $ 38,000.00 | $ 40,000.00 | $ 39,000.00 | $ 39,500.00 | $ 38,000.00 | $ 194,500.00 |
| Insurance | | $ 3,809.67 | | | | $ 3,809.67 |
| Maintenance for Restaurant | $ 1,200.00 | $ 800.00 | $ 1,500.00 | $ 700.00 | $ 1,000.00 | $ 5,200.00 |
| Produce for Restaurant | $ 1,000.00 | $ 1,000.00 | $ 1,000.00 | $ 800.00 | $ 200.00 | $ 4,000.00 |
| Food Supplies for Restaurant | $ 5,500.00 | $ 4,800.00 | $ 5,500.00 | $ 4,500.00 | $ 5,500.00 | $ 25,800.00 |
| Cleaning Supplies for Restaurant | $ 2,300.00 | $ 500.00 | $ 2,300.00 | $ 500.00 | $ 1,200.00 | $ 6,800.00 |
| Cleaning Supplies for House Keeping | $ 1,500.00 | $ 800.00 | $ 700.00 | $ 700.00 | $ 500.00 | $ 4,200.00 |
| Banquet Supplies | $ 1,300.00 | $ 1,200.00 | $ 1,000.00 | $ 800.00 | $ 500.00 | $ 4,800.00 |
| Room Supplies | $ 2,000.00 | $ 2,300.00 | $ 2,200.00 | $ 1,500.00 | $ 1,500.00 | $ 9,500.00 |
| Maintenance Supplies | $ 2,400.00 | $ 3,000.00 | $ 1,200.00 | $ 1,750.00 | $ 1,500.00 | $ 9,850.00 |
| Liquor Supplies for Bar | $ 2,500.00 | $ 3,000.00 | $ 2,800.00 | $ 2,500.00 | $ 2,500.00 | $ 13,300.00 |
| Gas | $ 1,000.00 | $ 1,500.00 | $ 2,200.00 | $ 500.00 | $ 500.00 | $ 5,700.00 |
| Utilities | $ 890.00 | $ 25,000.00 | $ 700.00 | $ 400.00 | | $ 26,990.00 |
| Communication (Telephone & Movies) | $ 3,500.00 | $ 4,000.00 | $ 2,200.00 | $ 800.00 | $ 3,500.00 | $ 14,000.00 |
| Telephone Equipment | | $ 2,300.00 | | | | $ 2,300.00 |
| Owner's Revenue - Sept | $ - | | $ 13,000.00 | $ - | | $ 13,000.00 |
| Office Supplies | $ 2,200.00 | $ 500.00 | $ 1,200.00 | $ 1,000.00 | $ 500.00 | $ 5,400.00 |
| Franchise Fees | $ - | $ 9,100.00 | $ - | | | $ 9,100.00 |
| Travel Agents Commission | $ 1,000.00 | $ 2,500.00 | $ 1,500.00 | $ 500.00 | $ 1,000.00 | $ 6,500.00 |
| Sales & Occupancy Taxes | | | | $ 37,000.00 | | $ 37,000.00 |
| Sales & Marketing Expenses | $ 4,000.00 | $ 3,000.00 | $ 3,500.00 | $ 4,500.00 | $ 3,500.00 | $ 18,500.00 |
| Lease on Computer Equipment | | $ 560.00 | | | | $ 560.00 |
| Accounting Fees | | $ 3,500.00 | | $ 2,500.00 | | $ 6,000.00 |
| Professional Fees | $ 1,000.00 | $ 1,000.00 | $ 1,000.00 | $ 1,000.00 | $ 1,000.00 | $ 5,000.00 |
| **TOTAL CASH OUT** | $ 71,290.00 | $ 114,169.67 | $ 82,500.00 | $ 101,450.00 | $ 62,400.00 | $ 431,809.67 |

| WEEKLY CASH EXCESS (REQUIREMENTS) | $ 13,210.00 | $ (30,269.67) | $ 19,650.00 | $ (15,463.00) | $ 16,900.00 | |
|---|---|---|---|---|---|---|

| BANK: | | | | | | |
|---|---|---|---|---|---|---|
| BEGINNING CASH BALANCE | $154,985.86 | $168,195.86 | $137,926.19 | $157,576.19 | $142,113.19 | |
| | | | | | | |
| **ENDING CASH BALANCE** | $168,195.86 | $137,926.19 | $157,576.19 | $142,113.19 | $159,013.19 | |